UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| VICTOR PRECIADO, | ) |
|         Petitioner, | ) Case No. CV 12-8956 JAK (AJW) |
|     v. | ) |
| G. D. LEWIS, WARDEN, | ) ORDER ACCEPTING REPORT AND RECOMMENDATION OF MAGISTRATE JUDGE |
|         Respondent. | ) |

The Court has reviewed the entire record in this action, the Report and Recommendation of Magistrate Judge ("Report"), and petitioner's objections. The Court accepts the findings of fact, conclusions of law, and recommendations contained in the Report and the Supplemental Report after having made a de novo determination of the portions to which objections were directed.

DATED: February 4, 2014

_____
John A. Kronstadt
United States District Judge