UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| VICTOR PRECIADO, | ) Case No. CV 12-8956-JAK(AJW) |
|             Petitioner, | ) |
|     v. | ) JUDGMENT |
| G.D. LEWIS, Warden, | ) |
|             Respondent. | ) |

It is hereby adjudged that the petition for a writ of habeas corpus is denied.

Dated: February 4, 2014

_____
John Kronstadt
United States District Judge